**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23505-RAR**

**JESUS GONZALEZ**,

     Plaintiff,

v.

**BRILLIANT HOLDINGS CORP.**,

     Defendant.

_____/

**ORDER APPROVING AND ENTERING CONSENT DECREE**
**AND DISMISSING ACTION WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice ("Joint Motion"). *See* [ECF No. 13]. The Joint Motion seeks the Court's approval and entry of a Consent Decree entered into between the parties in this matter ("Consent Decree"). *See* [ECF No. 13-1]. The Court, having reviewed the record, the Joint Motion, the Consent Decree, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–12189.

2.    The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice, [ECF No. 13], is **GRANTED**.

3.      The Court **APPROVES and ADOPTS** the Consent Decree, and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED WITH PREJUDICE**.

4.      The Court shall retain jurisdiction to enforce the Consent Decree and to monitor and enforce compliance with the terms of the Consent Decree to the extent necessary.

5.      Each party to the Consent Decree shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6.      To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Miami, Florida, this 4th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**